UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-10022/05 |
| -vs- | JUDGE DRELL |
| CHARLES LAMARR BASCO | MAGISTRATE JUDGE KIRK |

_____

### AMENDED JUDGMENT

On July 6, 2006, this Court sentenced the defendant, Charles Lamarr Basco, to 120 months imprisonment under the custody of the United States Bureau of Prisons, a five-year term of supervised release, and a fine of $3,000.

The government now moves to amend and reduce defendant Basco's sentence pursuant to Rule 35(b)(2)(C) of the Federal Rules of Criminal Procedure. The motion is GRANTED.

The sentence issued by this Court is hereby amended to reflect a reduction in sentence from 120 months to 70 months.

SIGNED on this 29th day of June, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge