UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER 05-10022-05 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| CHARLES LAMARR BASCO | MAGISTRATE JUDGE JAMES D. KIRK |

**MINUTES OF COURT OF PRELIMINARY EXAMINATION
AND DETENTION HEARING**

Thursday, September 1, 2011        Court opened 10:00 a.m.        Court adjourned 10:30 a.m.
Statistical Time in Court: /30

| PRESENT: | JAMES D. KIRK | MAGISTRATE JUDGE |
|---|---|---|
| | FTR | Court Reporter |
| | Joyce Burge | Courtroom Deputy |
| | Brett L. Grayson | Representing Government |
| | Michael D. Jeansonne | Representing Defendant (CJA Appointment) |
| | Charles Lamarr Basco | Defendant |

**PROCEEDINGS:**

XX      Defendant sworn

**ORAL MOTIONS:**

XX      Defendant's motion to waive preliminary examination and detention hearing GRANTED

**FILINGS:**

XX      Order of Detention Pending Trial

**COMMENTS:**

Revocation Hearing set 9/16/11 at 2:30 p.m. before District Judge Dee D. Drell.  Defendant remanded to custody of U.S. Marshal Service pending further proceedings.